# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page:  1-1

**Case No.:**  23-80044

**Case Name:**  RIISER FUELS, LLC

**For Period Ending:**  03/31/2024

**Trustee Name:**  (530190) Charles M. Ivey, III

**Date Filed (f) or Converted (c):**  03/10/2023 (f)

**§ 341(a) Meeting Date:**  04/19/2023

**Claims Bar Date:**  09/01/2023

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets | 7 Lien Amount | 8 Exempt Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | Checkin Account at BMO Commercial Bank 500 First St., Suite 6500 Wausau, WI 54403, xxxxxx1977 | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 2* | Checkin Account at Truist Bank 5028 N. Roxboro Rd. Durham, NC 27704, xxxxxx1523 (See Footnote) | 275,563.37 | 275,563.37 | | 274,993.37 | FA | 0.00 | 0.00 |
| 3* | Checking Account at Bankfirst Oklahoma, xxxxxx4330 (See Footnote) | 16,982.00 | 16,982.00 | | 16,707.30 | FA | 0.00 | 0.00 |
| 4 | Environmental escrow held by First American Title Insurance Co. | 5,325.00 | 0.00 | | 5,325.00 | FA | 3,426,895.00 | 0.00 |
| 5* | 7.6 acres Fond du Lac Wisconsin, Fee Simple, Valuation Method: Comparable sale (See Footnote) | 1,250,000.00 | 1,250,000.00 | | 500,000.00 | FA | 0.00 | 0.00 |
| 6 | 69,188 Class X Units in GPM Petroleum LP, 100% ownership, Valuation Method: Minimum agreed value (u) | 3,000,000.00 | 0.00 | | 0.00 | FA | 3,426,895.00 | 0.00 |
| 7* | ACCOUNTS RECEIVABLE (See Footnote) | 0.00 | 0.00 | | 632.71 | FA | 0.00 | 0.00 |
| 8* | Checking Account with Oostburg State Bank (See Footnote) | 0.00 | 0.00 | | 199.69 | FA | 0.00 | 0.00 |
| 8 | Assets Totals (Excluding unknown values) | $4,547,870.37 | $1,542,545.37 | | $797,858.07 | $0.00 | $6,853,790.00 | $0.00 |

RE PROP# 2   Trustee has written bank for funds. The bank has garnished the wages and the funds are in a disputed state at this time. Trustee is working with bank and creditor regarding the garnishment issue.

RE PROP# 3   Trustee has written bank for funds.

RE PROP# 5   Trustee is working to obtain value from outside sources in the WI area

RE PROP# 7   Trustee is unsure of how much A/R will be collectible.  To date amount is above

RE PROP# 8   Bank informed the Trustee that it had several bags of coins and such that were dropped off in drop night bags.  Once opened it discovered the funds.  The bank reached out to the trustee to determine what should be done with the funds it had discovered.  The Trustee informed the bank to return to the Trustee.

**Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:**

Fourth Interim Report 4/9/24:  Trustee will be filing his final report during the next reporting period.

Third Interim Report 1/9/24: Trustee has filed the necessary pleadings (9019, Section 363 Sale Motion, Employment of Iron Horse Auction) to consummate a settlement with GPM Southeast, LLC. This matter has been scheduled for hearing on January 11, 2024. This was in effect a two party dispute and 99% of all outstanding claims belong to the settling party. The Trustee does not therefore expect any opposition.

Second Interim Report 10/10/23: Trustee has entered into a global settlement with primary creditor and will be seeking court approval of same within the next reporting period.

First Interim Report  7/11/23:  Trustee is collecting proceeds and moving forward to administer case. Motion to dismiss has been filed. Trustee has requested and is reviewing relevant information from party seeking dismissal, owner/debtor, debtor attorney.

**Initial Projected Date Of Final Report (TFR):**  12/31/2023          **Current Projected Date Of Final Report (TFR):**  04/30/2024

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page:  1-2

**Case No.:**    23-80044

**Case Name:**    RIISER FUELS, LLC

**For Period Ending:**    03/31/2024

**Trustee Name:**    (530190) Charles M. Ivey, III

**Date Filed (f) or Converted (c):**    03/10/2023 (f)

**§ 341(a) Meeting Date:**    04/19/2023

**Claims Bar Date:**    09/01/2023

| 04/08/2024 | /s/Charles M. Ivey, III |
|---|---|
| Date | Charles M. Ivey, III |

Copy Served On:  John Paul Hughes Cournoyer
                 Bankruptcy Administrator

## Form 2
## Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 23-80044 | Trustee Name: | Charles M. Ivey, III (530190) |
|---|---|---|---|
| Case Name: | RIISER FUELS, LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***5783 | Account #: | ******7973 Checking |
| For Period Ending: | 03/31/2024 | Blanket Bond (per case limit): | $2,500,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/23/23 | {7} | Epiroc Drilling Tools LLC | Payment of Invoice #930- A/R | 1121-000 | 165.24 | | 165.24 |
| 05/31/23 | {3} | BamcFirst | Balance in Checking Account | 1129-000 | 16,707.30 | | 16,872.54 |
| 05/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 16,867.54 |
| 06/08/23 | {4} | Ivey McClellan Siegmund Brumbaugh & McDonough | Payment from Trust- Check for Environmental Escrow | 1129-000 | 5,325.00 | | 22,192.54 |
| 06/30/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 33.29 | 22,159.25 |
| 07/07/23 | {7} | Northport Marine LLC | A/R Payment | 1121-000 | 467.47 | | 22,626.72 |
| 07/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 34.88 | 22,591.84 |
| 08/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 39.83 | 22,552.01 |
| 09/29/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 34.93 | 22,517.08 |
| 10/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 38.49 | 22,478.59 |
| 11/30/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 36.02 | 22,442.57 |
| 12/29/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 34.76 | 22,407.81 |
| 01/25/24 | 101 | Madison Title Agency, LLC | Property Taxes from WI | 2820-000 | | 5,125.45 | 17,282.36 |
| 01/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 39.13 | 17,243.23 |
| 02/20/24 | {8} | Oostburg State Bank | Funds from Acct | 1129-000 | 199.69 | | 17,442.92 |
| 02/29/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 26.73 | 17,416.19 |
| 03/04/24 | {2} | Truist Bank | Bank Account Funds | 1129-000 | 274,993.37 | | 292,409.56 |
| 03/11/24 | 102 | GPM Southeast, LLC | GPM portion of bank acct funds- See Order 78/Dated 1/22/24 | 4110-000 | | 170,000.00 | 122,409.56 |
| 03/11/24 | 103 | GPM Southeast, LLC | See Order 78/Dated 1/22/24- Funds to pay Iron Horse pursuant to settlement Agreement | 2990-000 | | 20,000.00 | 102,409.56 |
| 03/20/24 | | GPM Southeast | Credit Bid for WI property; Order entered 01/22/24; DKT # 79 | | 0.00 | | 102,409.56 |
| | {5} | | Credit Bid from GPM Southeast, pursuant to Order entered 01/22/24, DKT 79    $500,000.00 | 1110-000 | | | |
| | | GPM Southeast, LLC GPM Southeast, LLC | Credit bid allowance towards secured portion of claim; See Order DKT # 79    -$500,000.00 | 4110-000 | | | |
| 03/29/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 345.23 | 102,064.33 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | COLUMN TOTALS | | | 297,858.07 | 195,793.74 | $102,064.33 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | Subtotal | | | 297,858.07 | 195,793.74 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $297,858.07 | $195,793.74 | |

{ } Asset Reference(s)                                   ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page:  2-2

**Case No.:**  23-80044
**Case Name:**  RIISER FUELS, LLC
**Taxpayer ID #:**  **-***5783
**For Period Ending:** 03/31/2024

**Trustee Name:**  Charles M. Ivey, III (530190)
**Bank Name:**  Metropolitan Commercial Bank
**Account #:**  ******7973 Checking
**Blanket Bond (per case limit):** $2,500,000.00
**Separate Bond (if applicable):** N/A

| | |
|---|---:|
| Net Receipts: | $297,858.07 |
| Plus Gross Adjustments: | $500,000.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $797,858.07 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******7973 Checking | $297,858.07 | $195,793.74 | $102,064.33 |
| | **$297,858.07** | **$195,793.74** | **$102,064.33** |

04/08/2024
_____
Date

/s/Charles M. Ivey, III
_____
Charles M. Ivey, III